**Benjamin A. JOHNSON, Plaintiff—Appellant,**

v.

**PEP BOYS—Manny, Moe & Jack; Unum Life Insurance Company of America; US Government, Defendants—Appellees.**

No. 05–1612.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Jan. 30, 2006.

Benjamin A. Johnson, Appellant Pro Se. Daryl Eugene Webb, Jr., Andrew Philip Sherrod, Troutman & Sanders, LLP, Richmond, Virginia; Edwin Ford Stephens, Christian & Barton, LLP, Richmond, Virginia; Kent Pendleton Porter, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Benjamin A. Johnson appeals the district court's order granting the Defendants' motions to dismiss Johnson's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johnson v. Pep Boys,* No. CA–04–632–2 (E.D.Va. Jun. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*